FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

JUN 12 2015

CLERK_____
SO. DIST.␣F GA

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RANDY SIMMONS,

    Petitioner,

v.

GREGORY MCLAUGHLIN,

    Respondent.

CASE NO. CV415-060

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 12), to which objections have been filed (Doc. 14; Doc. 15). In his objections, Petitioner fails to address the Magistrate Judge's conclusions regarding the untimeliness of his petition. However, while it is not entirely clear, Petitioner appears also to argue that any procedural defaults should be excused due to the actual innocence exception. (Doc. 14 at 2; Doc. 15 at 3.) However, Petitioner offers no evidence or coherent argument in support of this claim. Rather, Petitioner merely repeats his complaints about the manner in which his state trial proceedings were held. (Doc. 14 at 2-3; Doc. 15 at 3-6.) After reviewing Petitioner's motion and the record in this case, the Court concludes that Petitioner has failed to present a colorable claim of actual innocence. As a result, the Court finds Petitioner's objections to be without

merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Petitioner's case is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 12th day of June 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA